# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ANDREA ADAMS, DIANE BREAUX, CAROL LEBLANC, MELVIN TERREBONNE, KYLIE TERREBONNE, VINCENT DUFRENE, SR., JANET DUFRENE, PERNEL DUFRENE, SR. AND PERNEL DUFRENE, JR.

VERSUS

ALLIED SHIPYARD, INC.

CONSOLIDATED WITH

MEGAN ST. PIERRE, ET AL.

VERSUS

ALLIED SHIPYARD, INC.

CONSOLIDATED WITH

CHRIS GRIFFIN, ET AL.

VERSUS

ALLIED SHIPYARD, INC., ET AL.

NO. 2019 CW 1223

**DEC 2 3 2019**

---

In Re:     Andrea Adams, et al., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 116275 c/w 116555 c/w 126500.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**AHP**
**WIL**

   **Higginbotham, J.**, concurs and would deny the writ based on the criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT